UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:16-CV-62328-DPG

**BLUNT WRAP U.S.A., INC.**
*Plaintiff*

VERSUS

**GRABBA-LEAF, LLC**
*Defendant*

_____/

**UNOPPOSED MOTION FOR ENTRY OF ORDER OF DISMISSAL**

**NOW INTO COURT**, through undersigned counsel, comes plaintiff Blunt Wrap U.S.A., Inc. ("Blunt Wrap") who hereby respectfully moves for an Order from this Honorable Court dismissing this action with prejudice, as having been settled, with each party to bear its own costs, expenses, and attorney's fees to date, but with the Court retaining jurisdiction over any action to enforce the settlement agreement between the parties and any disputes arising thereunder.

**WHEREFORE,** plaintiff Blunt Wrap U.S.A., Inc. respectfully moves for an Order from this Honorable Court dismissing this action with prejudice, as having been settled, with each party to bear its own costs, expenses, and attorney's fees to date, but with the Court retaining jurisdiction over any action to enforce the settlement agreement between the parties and any disputes arising thereunder.

Respectfully submitted,

*/s/ Michael S. Pasano*
**MICHAEL S. PASANO, FL Bar # 0475947**
**CARLTON FIELDS JORDEN BURT, P.A.**
Miami Tower
100 S.E. Second St., Ste. 4200
Miami, Florida 33131-2113
Telephone: (305) 530-0050
Fax: (305) 530-0055
mpasano@carltonfields.com

**-and-**

**RANDALL A. SMITH (LA Bar #2117)**
**SMITH & FAWER, L.L.C.**
201 St. Charles Avenue, Suite 3702
New Orleans, LA 70170
Telephone: (504) 525-2200
Fax: (504) 525-2205
rasmith@smithfawer.com

**-and-**

**BRETT A. NORTH (Louisiana Bar #22503)**
**GARVEY, SMITH, NEHRBASS & NORTH, L.L.C.**
Three Lakeway Center, Suite 3290
3838 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 835-2000
Fax: (504) 835-2070
northbrett@gsnn.us

*Attorneys for Plaintiff, BLUNT WRAP U.S.A., INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of May, 2018, I caused to be served via the Court's CM/ECF electronic filing system the foregoing pleading on all counsel of record.

*/s/ Michael S. Pasano*
**MICHAEL S. PASANO, FL Bar #0475947**

2